```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   DE'SHALL LA NORISE CROSBY,         )   NO. ED CV 11-997-JFW(E)
                                        )
12                 Plaintiff,           )
                                        )
13        v.                            )   ORDER TO SHOW CAUSE
                                        )
14   COMMISSIONER OF SOCIAL SECURITY    )   RE DISMISSAL
     ADMINISTRATION,                    )
15                                      )
                                        )
16                 Defendant.           )
                                        )
17   _____)
18
```

19    The "Order," filed July 7, 2011, required that Plaintiff promptly
20 serve the Summons and Complaint and file a proof of such service
21 within thirty days (30) days of July 7, 2011.  Plaintiff failed to do
22 so.
23
24    Therefore, IT IS ORDERED that, on or before September 19, 2011,
25 Plaintiff shall file a declaration, signed under penalty of perjury,
26 attempting to show cause, if there be any, why this case should not be
27 dismissed for failure to prosecute and/or for failure to comply with
28 the Court's prior order.

Failure timely to comply with this Order to Show Cause may result in the dismissal of this case.

DATED: August 24, 2011.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE