**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DE'SHALL LA NORISE CROSBY, | ) | NO. ED CV 11-997-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) | |

    Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge.

    IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; and (2) Judgment shall be entered dismissing the action without prejudice.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order, the Magistrate Judge's Report and Recommendation and
3 the Judgment on the Plaintiff, counsel for Plaintiff and on the United
4 States Attorney for the Central District of California.

6 October 20, 2011.


9  _____
   JOHN F. WALTER
10 UNITED STATES DISTRICT JUDGE