JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DE'SHALL LA NORISE CROSBY, | ) | NO. ED CV 11-997-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: October 20, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE